# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-1704
Lower Tribunal No. 02-12509C

_____

**Hector Caraballo,**
Appellant,

Vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Hector Caraballo, in proper person.

Pamela Jo Bondi, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellee.


Before WELLS, EMAS and FERNANDEZ, JJ.

PER CURIAM.

Hector Caraballo appeals the trial court's denial of his motion to void his plea in case number F02-12509C. Although the State has filed its Answer Brief

maintaining its position that the record was sufficient to support the trial court's denial of Caraballo's motion to void the plea, the State does not object to remanding the case for an evidentiary hearing so that the trial court can reconsider the issue.

Caraballo claims in his Initial Brief that the court translator did not properly translate the plea agreement. However, for practical considerations as outlined in the State's motion to expedite, we reverse and remand the case for an evidentiary hearing so Caraballo's claim that the court translator erroneously interpreted the plea agreement and thus misadvised him regarding the nature of the plea agreement and/or sentence can be considered.

Reversed and remanded with instructions.